IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>COUNTRYWIDE HOME LOANS, INC./fka<br>COUNTRYWIDE FUNDING CORP.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br><br>Movant,<br>v.<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br><br>Respondent. | § § § § § § § § § § § § § § § § § | Misc. No. 07-00204-TPA<br>Chapter 13<br><br>Document No. _____<br><br>Related to Doc. Nos. 64 and 66 |

**COUNTRYWIDE HOME LOANS, INC.'S DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON
APPEAL AND STATEMENT OF ISSUES ON APPEAL**

Countrywide Home Loans, Inc. (the "Countrywide"), pursuant to Federal Rule of Bankruptcy Procedure 8006, files the following Designation of Items to be Included in the Record on Appeal and Statement of Issues on Appeal, and would respectfully show the following:

**DESIGNATION OF RECORD ON APPEAL**

Countrywide designates the following items from Misc. No. 07-00204-TPA to be included in the record on appeal. Copies of these items are contained in the Appendix filed herewith.

| **Filing Date** | **Docket No.** | |
|---|---|---|
| 11/05/07 | 1 | Order |
| 11/05/07 | 2 | Order |

1

| Filing Date | Docket No. | |
|---|---|---|
| 11/07/07 | 6 | Notice of Examination Under Fed. R. Bankr. P 2004 and Service of Subpoena (Duces Tecum) |
| 11/09/07 | 12 | Countrywide Home Loans, Inc.'s Objections to Notices of Examination Under Fed. R. Bankr. P. 2004 and Subpoena (Duces Tecum) |
| 11/09/07 | 13 | Countrywide Home Loans, Inc.'s Motion to Quash Notices of Examination Under Fed. R. Bankr. P. 2004 and Subpoenas (Duces Tecum) |
| 11/13/07 | 15 | Response to Countrywide's Objection to the Notice of Examination Under Fed. R. Bankr. P. 2004 and Service of Subpoena (Duces Tecum) |
| 11/13/07 | 16 | Objection to Countrywide's Motion to Quash the Notices of Examination Under Fed. R. Bankr. P. 2004 and Service of Subpoena (Duces Tecum) |
| 11/20/07 | 26 | Order |
| 11/28/07 | 29 | Transcript of hearing held on November 15, 2007 |
| 12/12/07 | 30 | Countrywide Home Loans, Inc.'s Brief in Support of Its Objections and Motion to Quash |
| 12/28/07 | 31 | Brief in Support of United States Trustee's: (a) Response to Objection of Countrywide Home Loans, Inc. to Notices of Examination Under Fed. R. Bankr. P. 2004; and (b) Objection to Motion of Countrywide Home Loans, Inc. to Quash Notices of Examination and Service of Subpoenas |
| 01/07/08 | 34 | Countrywide Home Loans, Inc.'s Reply Brief In Support of Its Objections and Motion to Quash |
| 03/11/08 | 60 | Certification of Transcript |
| 03/17/08 | 61 | Memorandum of the United States Trustee Regarding the United States Trustee's Standing to Conduct an Examination as a Party in Interest Pursuant to Fed.R.Bankr.P. 2004 |
| 03/17/08 | 62 | Countrywide Home Loans, Inc.'s Memorandum of Law Addressing the United States Trustee's Authority Under Rule 2004 |
| 04/01/08 | 64 | Memorandum Opinion |

| **Filing Date** | **Docket No.** | |
|---|---|---|
| 04/11/08 | 66 | Notice of Appeal |
| 04/11/08 | 68 | Countrywide Home Loans, Inc.'s Motion for Leave to Appeal, Filed Subject to Its Notice of Appeal |
| 04/11/08 | 69 | Order |
| 04/14/08 | 72 | Countrywide Home Loans, Inc.'s Motion for Stay Pending Appeal Pursuant to Fed. R. Bankr. P. 8005 |
| 04/14/08 | 73 | Motion of Countrywide Home Loans, Inc. for Expedited Hearing on Its Motion for Stay Pending Appeal Pursuant to Fed. R. Bankr. P. 8005 |
| 04/15/08 | 74 | Order |
| 04/15/08 | 75 | Agreed Motion For Temporary Stay Pending Appeal |
| 04/16/08 | 79 | Order |

## STATEMENT OF ISSUES ON APPEAL

Countrywide submits the following Statement of Issues to be addressed on this appeal.

a. Whether the Bankruptcy Court has subject matter jurisdiction to authorize an examination by the United States Trustee ("UST") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure when there is no connection between the proposed examination and any effect on a debtor's estate.

b. Whether the Bankruptcy Court erred in holding that the UST is a "party in interest" for the purposes of Rule 2004 of the Federal Rules of Bankruptcy Procedure.

c. Whether the Bankruptcy Court erred in holding that the UST has the power to take an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure in the absence of a contested matter.

d. Whether the Bankruptcy Court erred in finding that 11 U.S.C. § 307 does not require that there be a contested matter for the UST to appear and be heard.

                    Respectfully submitted,

                    /s/Dorothy A. Davis
                    Dorothy A. Davis
                    Pa. I.D. No. 34958
                    ECKERT SEAMANS CHERIN MELLOTT, LLC
                    600 Grant Street, 44th Floor
                    Pittsburgh, PA  15219
                    (412) 566-5953
                    (412) 566-6099 Facsimile

                    **ATTORNEYS FOR COUNTRYWIDE HOME LOANS, INC.**

Of Counsel:

Thomas A. Connop
(Admitted *Pro Hac Vice*)
Texas State Bar No. 04702500
Doug Skierski
(Admitted *Pro Hac Vice*)
Texas State Bar No. 24008046

LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Countrywide Home Loans, Inc.'s Designation of Items to be included in the Record on Appeal and Statement of Issues on Appeal was served either electronically through the CM/ECF case management system, via e-mail or via United States first-class mail, postage prepaid, to all parties entitled to notice, including the parties listed below on this 21st day of April, 2008:

| | |
|---|---|
| United States Department of Justice<br>Office of the United States Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, Pennsylvania 15222 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Ronda J. Winnecour, Esquire<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Norma Hildenbrand, Esquire<br>Office of the United States Trustee<br>Suite 960 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |
| Leonard J. De Pasquale, Esquire<br>Office of United States Trustee<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530-0001 | Michael J. Graml, Esquire<br>714 Sassafras Street<br>Erie, PA 16501 |
| David W. Ross, Esquire<br>Babst, Calland, Clements & Zomnir, P.C.<br>Two Gateway Center<br>Pittsburgh, PA 15222 | T. Patrick Tinker<br>Office of the U.S. the Trustee<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602 |

/s/Dorothy A. Davis